# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ST. JUDE MEDICAL, CARDIOLOGY DIVISION, INC., ST. JUDE MEDICAL SYSTEMS AB, and ST. JUDE MEDICAL S.C., INC., | ) ) ) ) ) | C.A. No. 10-631-SLR |
| Plaintiffs, | ) | **JURY TRIAL DEMANDED** |
| v. | ) ) | |
| VOLCANO CORPORATION, | ) ) | |
| Defendant. | ) | |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, through their respective counsel and subject to the approval of the Court, that the time within which Plaintiffs shall move, answer or otherwise respond to Defendant's counterclaims (D.I. 12) in the above-captioned action is extended to and including November 15, 2010.


| | |
|---|---|
| /s/ Steven J. Fineman | /s/ Thomas Lee Halkowski |
| Steven J. Fineman (#4025) | Thomas Lee Halkowski (#4009) |
| Jason J. Rawnsley (#5379) | Fish & Richardson P.C. |
| Richards, Layton & Finger, P.A. | 222 Delaware Avenue, 17th floor |
| One Rodney Square | P. O. Box 1114 |
| 920 North King Street | Wilmington, DE 19899-1114 |
| Wilmington, Delaware  19801 | halkowski@fr.com |
| 302-651-7700 | 302-652-5070 |
| Fineman@rlf.com | Attorneys for Defendant Volcano |
| Rawnsley@rlf.com | Corporation |
| Attorneys for Plaintiffs St. Jude Medical, | |
| Cardiology Division, Inc., St. Jude Medical | |
| Systems AB, and St. Jude Medical S.C., Inc. | |

OF COUNSEL:                                      OF COUNSEL:

Drew M. Wintringham, III                         Frank E. Scherkenbach
Stuart Pollack                                   Fish & Richardson, P.C.
Eric Lerner                                      225 Franklin Street
DLA Piper LLP (US)                               Boston, MA 02110-2804
1251 Avenue of the Americas                      617-542-5070
New York, NY 10020
(212) 335-4500

Charles P. Kennedy                               Todd G. Miller
Natalie S. Richer                                Fish & Richardson, P.C.
Robert H. Hander                                 12390 El Camino Real
Lerner, David, Littenberg, Krumholz &            San Diego, CA 92130
Mentlik, LLP                                     858-678-5070
600 South Avenue West
Westfield, NJ 07090-1497
(908) 654-5000

Dated:  October 11, 2010

SO ORDERED this _____ day of October, 2010.


                                  _____
                                  United States District Court Judge