IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ST. JUDE MEDICAL, CARDIOLOGY DIVISION, INC., ST. JUDE MEDICAL SYSTEMS AB, and ST. JUDE MEDICAL S.C., INC., <br><br> Plaintiffs, <br> v. <br><br> VOLCANO CORPORATION, <br><br> Defendant. | C.A. No. 10-631-SLR <br><br><br><br> **JURY TRIAL DEMANDED** |

### STIPULATION AND ORDER MODIFYING SCHEDULING ORDER

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, through their respective counsel and subject to the approval of the Court, that the Scheduling Order entered in this action on January 5, 2011 (D.I. 19), as modified (D.I. 47), is amended as follows: the parties shall exchange lists of those claim terms that they believe need construction and their proposed claim construction of those terms on November 21, 2011; expert reports on issues for which the parties have the burden of proof shall be due on January 13, 2012; and rebuttal expert reports shall be due on February 24, 2012. No other dates in the Scheduling Order shall be affected by these changes.

/s/ *Jason J. Rawnsley*
Steven J. Fineman (#4025)
Jason J. Rawnsley (#5379)
Richards, Layton & Finger, P.A.
920 North King Street
Wilmington, Delaware 19801
(302) 651-7700
fineman@rlf.com
rawnsley@rlf.com

*Attorneys for Plaintiffs St. Jude Medical, Cardiology Division, Inc., St. Jude Medical Systems AB, and St. Jude Medical S.C., Inc.*

/s/ *Thomas Lee Halkowski*
Thomas Lee Halkowski (#4009)
Fish & Richardson P.C.
222 Delaware Avenue, 17th floor
P.O. Box 1114
Wilmington, Delaware 19899-1114
halkowski@fr.com
(302) 778-8407

*Attorneys for Defendant Volcano Corporation*

OF COUNSEL:

Drew M. Wintringham
Stuart Pollack
Eric A. Lerner
Nicholas F. Aldrich, Jr.
DLA Piper LLP (US)
1251 Avenue of the Americas
New York, NY  10020
(212) 335-4500

Charles P. Kennedy
Michael Teschner
Lerner, David, Littenberg, Krumholz &
   Mentlik, LLP
600 South Avenue West
Westfield, NJ 07090
(908) 654-5000

Dated: September 12, 2011

OF COUNSEL:

Frank E. Scherkenbach
Fish & Richardson, P.C.
One Marina Park Drive
Boston, Massachusetts 02210-1878
(617) 542-5070

Todd G. Miller
Michael M. Rosen
Fish & Richardson, P.C.
12390 El Camino Real
San Diego, California 92130
(858) 678-5070

SO ORDERED this _____ day of September, 2011.

_____
United States District Court Judge