IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ST. JUDE MEDICAL, CARDIOLOGY DIVISION, INC., ST. JUDE MEDICAL SYSTEMS AB, and ST. JUDE MEDICAL S.C., INC., <br><br> Plaintiff, Counterclaim-Defendants, <br><br> v. <br><br> VOLCANO CORPORATION, <br><br> Defendant, Counterclaimant. | C.A. No. 10-631-SLR |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that true and correct copies of St. Jude's Supplemental Initial Disclosures Pursuant to Fed. R. Civ. P. 26(a)(1) were caused to be served on November 1, 2011, on counsel of record in the manner indicated:

**BY ELECTRONIC MAIL**

Thomas Lee Halkowski, Esquire
Fish & Richardson P.C.
222 Delaware Avenue, 17th floor
P. O. Box 1114
Wilmington, DE 19899-1114

OF COUNSEL:

Drew M. Wintringham
Stuart Pollack
Monica L. Thompson
Tamar Y. Duvdevani
Eric A. Lerner
Nicholas F. Aldrich, Jr.
DLA Piper LLP (US)
1251 Avenue of the Americas
New York, NY 10020

Charles P. Kennedy
Michael Teschner
Lerner, David, Littenberg, Krumholz &
  Mentlik, LLP
600 South Avenue West
Westfield, NJ 07090

Dated: November 1, 2011

/s/ Jason J. Rawnsley
Steven J. Fineman (#4025)
Jason J. Rawnsley (#5379)
Richards, Layton & Finger, P.A.
920 North King Street
Wilmington, Delaware 19801
(302) 651-7700
fineman@rlf.com
rawnsley@rlf.com

*Attorneys for Plaintiffs St. Jude Medical, Cardiology Division, Inc., St. Jude Medical Systems AB, and St. Jude Medical S.C., Inc.*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I hereby certify that on November 1, 2011, I electronically filed the foregoing document with the Clerk of Court using CM/ECF, which will send notification of such filing(s), and have sent true and correct copies by electronic mail to the following:

Thomas Lee Halkowski, Esquire
Fish & Richardson P.C.
222 Delaware Avenue, 17th floor
P. O. Box 1114
Wilmington, DE 19899-1114

/s/ Jason J. Rawnsley
Jason J. Rawnsley (#5379)
rawnsley@rlf.com