# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ST. JUDE MEDICAL, CARDIOLOGY DIVISION, INC., ST. JUDE MEDICAL SYSTEMS AB, and ST. JUDE MEDICAL S.C., INC., | ) ) ) ) ) C.A. No. 10-631-SLR |
| Plaintiffs, | ) **JURY TRIAL DEMANDED** |
| v. | ) |
| VOLCANO CORPORATION, | ) |
| Defendant. | ) |

## STIPULATION AND ORDER MODIFYING SCHEDULING ORDER

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, through their respective counsel and subject to the approval of the Court, that the Scheduling Order entered in this action on January 5, 2011 (D.I. 19), as modified (D.I. 47; D.I. 70), is amended as follows: expert reports on issues for which the parties have the burden of proof shall be due on January 27, 2012; rebuttal expert reports shall be due on March 9, 2012; close of expert discovery shall be March 30, 2012. In addition, the *Daubert* motion briefing schedule is amended as follows: all *Daubert* motions shall be filed on or before June 22, 2012; *Daubert* opposition briefs shall be due on July 13, 2012; *Daubert* reply briefs shall be due on July 27, 2012. No other dates in the Scheduling Order shall be affected by these changes.

/s/ *Jason J. Rawnsley*
Steven J. Fineman (#4025)
Jason J. Rawnsley (#5379)
Richards, Layton & Finger, P.A.
920 North King Street
Wilmington, Delaware 19801
(302) 651-7700
fineman@rlf.com
rawnsley@rlf.com

*Attorneys for Plaintiffs St. Jude Medical, Cardiology Division, Inc., St. Jude Medical Systems AB, and St. Jude Medical S.C., Inc.*

OF COUNSEL:

Drew M. Wintringham
Stuart Pollack
Monica L. Thompson
Tamar Y. Duvdevani
Eric A. Lerner
Nicholas F. Aldrich, Jr.
DLA Piper LLP (US)
1251 Avenue of the Americas
New York, NY 10020
(212) 335-4500

Charles P. Kennedy
Michael Teschner
Lerner, David, Littenberg, Krumholz &
  Mentlik, LLP
600 South Avenue West
Westfield, NJ 07090
(908) 654-5000

Dated: January 12, 2012

/s/ *A. Martina Tyreus Hufnal*
Thomas Lee Halkowski (#4099)
A. Martina Tyreus Hufnal (#4771)
Fish & Richardson P.C.
222 Delaware Avenue, 17th floor
P.O. Box 1114
Wilmington, Delaware 19899-1114
halkowski@fr.com
tyreus@fr.com
(302) 778-8407

*Attorneys for Defendant Volcano Corporation*

OF COUNSEL:

Frank E. Scherkenbach
Fish & Richardson, P.C.
One Marina Park Drive
Boston, Massachusetts 02210-1878
(617) 542-5070

Todd G. Miller
Michael M. Rosen
Fish & Richardson, P.C.
12390 El Camino Real
San Diego, California 92130
(858) 678-5070

SO ORDERED this _____ day of January, 2012.

_____
United States District Court Judge