# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ST. JUDE MEDICAL, CARDIOLOGY DIVISION, INC., ST. JUDE MEDICAL SYSTEMS AB, and ST. JUDE MEDICAL S.C., INC., <br><br> Plaintiffs and Counterclaim Defendants, <br><br> v. <br><br> VOLCANO CORPORATION, <br><br> Defendant and Counterclaimant. | C. A. No. 10-00631-RGA-MPT <br><br> **JURY TRIAL DEMANDED** |

## CROSS-MOTION TO STRIKE EXPERT REPORTS
## OF ST. JUDE'S INEQUITABLE CONDUCT EXPERTS

Defendant and counterclaimant Volcano Corporation ("Volcano") by and through their undersigned attorneys, hereby move this Court for an order in the form attached hereto striking the expert report and related testimony of Plaintiffs St. Jude Medical, Cardiology Division, Inc., St. Jude Medical Systems AB, and St. Jude Medical S.C., Inc.'s ("St. Jude") inequitable conduct experts John Love, Anthony Mason and Khalil Najafi, as inadmissible under Fed. R. Evid. 702. The grounds for this motion are set forth in Volcano Corporation's Brief in Opposition to Plaintiffs' Motion to Strike the Expert Report of Volcano's "Patent Law Expert" and Cross-Motion to Strike Expert Reports of St. Jude's Inequitable Conduct Experts, filed contemporaneously herewith.

Dated: May 7, 2012           FISH & RICHARDSON P.C.

By: */s/ Thomas Lee Halkowski*
Thomas Lee Halkowski (No. 4099)
A. Martina Tyreus Hufnal (No. 4771)
222 Delaware Avenue, 17th Floor
P. O. Box 1114
Wilmington, DE 19899-1114
Emails: halkowski@fr.com; hufnal@fr.com
Telephone: (302) 778-8407
Facsimile: (302) 652-0607

Frank E. Scherkenbach, *pro hac vice*
One Marina Park Drive
Boston, MA 02210-1878
Email: scherkenbach@fr.com
Telephone: (617) 542-5070
Facsimile: (617) 542-8906

Todd G. Miller, *pro hac vice*
Michael M. Rosen, *pro hac vice*
12390 El Camino Real
San Diego, CA 92130
Emails: miller@fr.com; rosen@fr.com
Telephone: (858) 678-5070
Facsimile: (858) 678-5099

Corrin N. Drakulich, *pro hac vice*
500 Arguello Street, Suite 500
Redwood City, CA 94063
Email: drakulich@fr.com
Telephone: (650) 839-5070
Facsimile: (650) 839-5071

**ATTORNEYS FOR DEFENDANT VOLCANO CORPORATION**

2