IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ST. JUDE MEDICAL, et al., | : | |
| Plaintiffs, | : | |
| v. | : | Civil Action No. 10-631-RGA |
| VOLCANO CORPORATION, | : | |
| Defendant. | : | |

**ORDER DENYING SUMMARY JUDGMENT MOTIONS**

The motions for partial summary judgment (D.I. 276, 278, 279, 280, 281, 282, 283) are **DENIED**. Some of the motions involve disputed material facts, and therefore are not appropriate for summary judgment. Some of the motions (D.I. 278, 279, 281, 283) involve the doctrine of equivalents and whether it is limited by the application of prosecution history estoppel or the doctrine of claim vitiation. The Court will decide the impact, if any, of prosecution history estoppel and claim vitiation after the jury verdict.

Oct. 11, 2012
Date

Richard G. Andrews
United States District Judge