# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ST. JUDE MEDICAL, CARDIOLOGY DIVISION, INC., ST. JUDE MEDICAL SYSTEMS AB, and ST. JUDE MEDICAL S.C., INC., | ) ) ) ) ) | |
| Plaintiffs, | ) | C.A. No. 10-631-RGA |
| v. | ) ) | |
| VOLCANO CORPORATION, | ) ) | |
| Defendant. | ) | |

## STIPULATION & ORDER

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, through their respective counsel and subject to the approval of the Court, that: subject to and without waiving St. Jude's rights of appeal as noted below, the parties hereby stipulate that St. Jude's PressureWire 4 and PressureWire 5 meet the limitations of claims 1, 4, and 5 of United States Patent No. 6,976,965 (the "'965 Patent"), as the terms of that patent have been construed by the Court in this matter.  St. Jude reserves its right to appeal the Court's denial of its motions for summary judgment relating to the '965 Patent, and the associated claim construction issues raised by St. Jude in this matter.

| | |
|---|---|
| */s/ Jason J. Rawnsley* | */s/ Thomas Lee Halkowski* |
| Steven J. Fineman (#4025) | Thomas Lee Halkowski (#4099) |
| Jason J. Rawnsley (#5379) | A. Martina Tyreus Hufnal (#4771) |
| RICHARDS, LAYTON & FINGER, P.A. | FISH & RICHARDSON P.C. |
| 920 North King Street | 222 Delaware Avenue, 17th Floor |
| Wilmington, Delaware  19801 | P.O. Box 1114 |
| (302) 651-7700 | Wilmington, Delaware 19899-1114 |
| fineman@rlf.com | (302) 652-5070 |
| rawnsley@rlf.com | halkowski@fr.com |
| | tyreushufnal@fr.com |

| | |
|---|---|
| *Attorneys for Plaintiffs St. Jude Medical, Cardiology Division, Inc., St. Jude Medical Systems AB, and St. Jude Medical S.C., Inc.* | *Attorneys for Defendant Volcano Corporation* |
| OF COUNSEL: | OF COUNSEL: |
| John Allcock | Frank E. Scherkenbach |
| Drew M. Wintringham | FISH & RICHARDSON, P.C. |
| Stuart Pollack | One Marina Park Drive |
| Monica Thompson | Boston, Massachusetts 02210-1878 |
| Eric A. Lerner | (617) 542-5070 |
| Tamar Y. Duvdevani | |
| Nicholas F. Aldrich, Jr. | Todd G. Miller |
| DLA PIPER LLP (US) | Michael M. Rosen |
| 1251 Avenue of the Americas | FISH & RICHARDSON, P.C. |
| New York, NY  10020 | 12390 El Camino Real |
| (212) 335-4500 | San Diego, California 92130 |
| | (858) 678-5070 |

Dated:  October 21, 2012

      SO ORDERED this _____ day of _____, 2012.


                           _____
                           The Honorable Richard G. Andrews
                           United States District Court Judge