*Filed this 25th Day of October 2012 In Open Court*
*—KSR*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VOLCANO CORPORATION, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| ST. JUDE MEDICAL, CARDIOLOGY DIVISION, INC., ST. JUDE MEDICAL SYSTEMS AB, and ST. JUDE MEDICAL S.C., INC., | ) C.A. No. 10-631-RGA |
| | ) |
| Defendants. | ) |

## SPECIAL VERDICT FORM

## VOLCANO'S U.S. PATENT NO. 5,178,159

**QUESTION NO. 1:**

Do you find that Volcano has proven by a preponderance of the evidence that St. Jude's accused products, the PressureWire 4, Pressure 5 and Certus Generation 6, literally infringe any of the following claims of U.S. Patent No. 5,178,159?

|  | YES [for VOLCANO] | NO [for ST. JUDE] |
|---|---|---|
| CLAIM 8: | _____ | _X_ |
| CLAIM 9: | _____ | _X_ |

## VOLCANO'S U.S. PATENT NO. 5,178,159

**QUESTION NO. 2:**

Do you find that Volcano has proven by a preponderance of the evidence that St. Jude's accused products, PressureWire 4, Pressure 5 and Certus Generation 6, infringe any of the following claims of U.S. Patent No. 5,178,159 under the doctrine of equivalents?

|  | YES [for VOLCANO] | NO [for ST. JUDE] |
|---|---|---|
| CLAIM 8: | _____ | __X__ |
| CLAIM 9: | _____ | __X__ |

## VOLCANO'S U.S. PATENT NO. 5,797,856

**QUESTION NO. 3:**

Do you find that Volcano has proven by a preponderance of the evidence that St. Jude's accused products, PressureWire 4, PressureWire 5, Certus Generation 6, Certus Generation 7, Aeris Generation 6 and Aeris Generation 7, infringe any of the following claims of U.S. Patent No. 5,797,856 under the doctrine of equivalents?

|  | YES [for VOLCANO] | NO [for ST. JUDE] |
|---|---|---|
| CLAIM 14: | | X |
| CLAIM 15: | | X |
| CLAIM 16: | | X |

## VOLCANO'S U.S. PATENT NO. 6,976,965

**QUESTION NO. 4:**

Do you find that Volcano has proven by a preponderance of the evidence that St. Jude's accused products, Certus Generation 6, Certus Generation 7, Aeris Generation 6 and Aeris Generation 7, infringe any of the following claims of U.S. Patent No. 6,976,965 under the doctrine of equivalents?

|  | YES [for VOLCANO] | NO [for ST. JUDE] |
|---|---|---|
| CLAIM 1: | _____ | __X__ |
| CLAIM 4: | _____ | __X__ |
| CLAIM 5: | _____ | __X__ |

We, the jurors, by signing below, indicate our unanimous verdict.

REDACTED

Juror