

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

ST. JUDE MEDICAL, CARDIOLOGY DIVISION, INC., ST. JUDE MEDICAL SYSTEMS AB, and ST. JUDE MEDICAL S.C., INC.,

Plaintiffs and Counterclaim Defendants,

v.

VOLCANO CORPORATION,

Defendant and Counterclaimant.

Case No. 10-631-RGA

**STIPULATION**

Volcano Corporation stipulates that it will not seek a reasonable royalty, and neither the St. Jude plaintiffs nor Volcano will introduce or use evidence regarding a reasonable royalty, and will not argue a reasonable royalty to the jury or Court, with respect to Volcano's claim for damages for Plaintiffs' alleged infringement of U.S. Patent No. 6,976,965.

*/s/ Jason J. Rawnsley*
Steven J. Fineman (#4025)
Jason J. Rawnsley (#5379)
RICHARDS, LAYTON & FINGER, P.A.
920 North King Street
Wilmington, Delaware 19801
(302) 651-7700
fineman@rlf.com
rawnsley@rlf.com

*Attorneys for Plaintiffs St. Jude Medical, Cardiology Division, Inc., St. Jude Medical Systems AB, and St. Jude Medical S.C., Inc.*

*/s/ Thomas Lee Halkowski*
Thomas Lee Halkowski (#4099)
A. Martina Tyreus Hufnal (#4771)
FISH & RICHARDSON P.C.
222 Delaware Avenue, 17th Floor
P.O. Box 1114
Wilmington, Delaware 19899-1114
(302) 652-5070
halkowski@fr.com
tyreushufnal@fr.com

*Attorneys for Defendant Volcano Corporation*

OF COUNSEL:

John Allcock
Drew M. Wintringham, III
Stuart E. Pollack
Tamar Duvdevani
Nicholas (Nika) F. Aldrich, Jr.
DLA PIPER LLP (US)
1251 Avenue of the Americas
New York, NY 10020
(212) 335-4500

Monica Thompson
DLA PIPER LLP (US)
203 North LaSalle Street
Suite 1900
Chicago, Illinois 60601-1293
(312) 368-4000

OF COUNSEL:

Frank E. Scherkenbach
Fish & Richardson, P.C.
One Marina Park Drive
Boston, Massachusetts 02210-1878
(617) 542-5070

Todd G. Miller
Michael M. Rosen
FISH & RICHARDSON, P.C.
12390 El Camino Real
San Diego, California 92130
(858) 678-5070

Dated: June 5, 2013

IT IS SO ORDERED this 10th day of June, 2013.

[signature]
UNITED STATES DISTRICT JUDGE